# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| MOUNT DORA HIGH SCHOOL FELLOWSHIP OF CHRISTIAN ATHLETES, S.G., E.F., M.B., L.B. and GERALD BUELL, <br><br>Plaintiffs, <br><br>v. <br><br>LAKE COUNTY SCHOOL BOARD, SUSAN MOXLEY and PAM CHATEAUNEUF, <br><br>Defendants. | Case No.: 5:14-cv-00209-WTH-PRL |

## JOINT MOTION TO ADOPT AND ENTER CONSENT DECREE

The parties jointly move the Court to adopt and enter the Consent Decree attached hereto as Exhibit A. The parties have negotiated the Consent Decree in good faith as a means to resolve all but one of the issues raised in this action. The Consent Decree also fully resolves the pending Motion for Preliminary Injunction (dkt. 5). As explained in the Consent Decree, the relief provided therein is consistent with applicable law, and is warranted to resolve the majority of Plaintiffs' claims without additional litigation. The parties believe that adoption of the Consent Decree will save the parties and the Court substantial time and resources.

In the event the Court requires additional information, argument or authorities, the parties are available for a conference at the Court's convenience.

WHEREFORE, for good cause shown, the parties jointly request that the Court adopt and enter the Consent Decree attached hereto as Exhibit A.

Respectfully Submitted,

| | |
|---|---|
| /s/Horatio G. Mihet_____ | /s/Stephen W. Johnson_____ |
| Horatio G. Mihet | Stephen W. Johnson |
|   Florida Bar No. 0026581 |   Florida Bar No. 269867 |
| Mathew D. Staver | Stephanie J. McCulloch |
|   Florida Bar No. 0701092 |   Florida Bar No. 0638161 |
| Anita L. Staver | McLin Burnsed |
|   Florida Bar No. 0611131 | Post Office Box 491357 |
| Liberty Counsel | Leesburg, Florida 34749-1357 |
| Post Office Box 540774 | (352) 787-1241 Telephone |
| Orlando, FL 32854-0774 | (352) 326-2608 Facsimile |
| (800) 671-1776 – Telephone | Email: SteveJ@mclinburnsed.com |
| (407) 875-0770 – Telefacsimile | StephM@mclinburnsed.com |
| ecf email: court@lc.org | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically on May 22nd, 2014. Service will be effectuated upon all parties and counsel of record by the Court's electronic notification system.

/s/ Horatio G. Mihet_____
Horatio G. Mihet
One of the Attorneys for Plaintiffs