# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| MOUNT DORA HIGH SCHOOL FELLOWSHIP OF CHRISTIAN ATHLETES, S.G., E.F., M.B., L.B. and GERALD BUELL, <br><br> Plaintiffs, <br><br> v. <br><br> LAKE COUNTY SCHOOL BOARD, SUSAN MOXLEY and PAM CHATEAUNEUF, <br><br> Defendants. | Case No.: 5:14-cv-00209-WTH-PRL |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLAIM LEFT UNRESOLVED BY THE PROPOSED CONSENT DECREE, AND FOR ENTRY OF JUDGMENT

The Consent Decree negotiated by the parties and submitted to the Court (dkt. 24) contemplates that, following entry of the Consent Decree, the parties would continue to litigate one issue – whether Plaintiffs are entitled to a paid faculty advisor or monitor. Upon further reflection, and in light of the relief contemplated in the Consent Decree, Plaintiffs have decided not to pursue that claim further in this litigation.

Accordingly, the parties stipulate that, in the event the Court adopts and enters the proposed Consent Decree, and only in that event, Plaintiffs' claim for a paid faculty advisor or monitor should be dismissed, without prejudice, each party to bear its own costs relating to that claim.

The dismissal stipulated herein resolves the sole remaining issue in this litigation, clearing the way for entry of Judgment as contemplated in the Consent Decree.

In the event the Consent Decree is not fully adopted by the Court and further litigation is necessary on any issue or claim, the parties agree that this Stipulation shall be null and void. In that event, Plaintiffs request an extension of fourteen (14) days to respond to Defendant's pending Motion to Dismiss (dkt. 23), and Defendant does not oppose this request.

Respectfully submitted,

| /s/Horatio G. Mihet | /s/Stephen W. Johnson |
|---|---|
| Horatio G. Mihet | Stephen W. Johnson |
|   Florida Bar No. 0026581 |   Florida Bar No. 269867 |
| Mathew D. Staver | Stephanie J. McCulloch |
|   Florida Bar No. 0701092 |   Florida Bar No. 0638161 |
| Anita L. Staver | McLin Burnsed |
|   Florida Bar No. 0611131 | Post Office Box 491357 |
| Liberty Counsel | Leesburg, Florida 34749-1357 |
| Post Office Box 540774 | (352) 787-1241 Telephone |
| Orlando, FL 32854-0774 | (352) 326-2608 Facsimile |
| (800) 671-1776 – Telephone | Email: SteveJ@mclinburnsed.com |
| (407) 875-0770 – Telefacsimile | StephM@mclinburnsed.com |
| ecf email: court@lc.org | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation was filed electronically on June 2, 2014. Service will be effectuated upon all parties and counsel of record by the Court's electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet
One of the Attorneys for Plaintiffs