# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

| | | |
|---|---|---|
| MOUNT DORA HIGH SCHOOL FELLOWSHIP OF CHRISTIAN ATHLETES, S.G., E.F., M.B., L.B. and GERALD BUELL, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 5:14-cv-00209-WTH-PRL |
| v. | ) ) | |
| LAKE COUNTY SCHOOL BOARD, | ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF SETTLEMENT OF ATTORNEYS' FEES AND COSTS

Plaintiffs hereby advise the Court that the parties have settled Plaintiffs' claims for attorneys' fees and costs.  Defendant Lake County School Board has agreed to pay Plaintiffs' counsel, within fourteen (14) days of the date hereof, the sum of $27,500.00, in full settlement and satisfaction of Plaintiffs' claims for attorneys' fees and costs.  Upon the anticipated consummation of this settlement, all controversies between the parties to this action will have been resolved.

Respectfully submitted,

/s/ Horatio G. Mihet
Mathew D. Staver
      Florida Bar No. 701092
Anita L. Staver
      Florida Bar No. 611131
Horatio G. Mihet
      Florida Bar No. 26581
LIBERTY COUNSEL
1053 Maitland Center Commons, 2d Floor
Maitland, FL 32751-7214
Telephone: (800) 671-1776
Facsimile: (407) 875-0770
Email: court@lc.org
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Settlement of Attorneys'

Fees and Costs was filed electronically on August 13, 2014. Service will be effectuated upon

all parties and counsel of record by the Court's electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet
One of the Attorneys for Plaintiffs